UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLISA D. MALCOLM, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF DECEDENT STEVEN BRADLEY MALCOLM AND ON BEHALF OF THEIR MINOR CHILDREN KEM AND GBM | CIVIL ACTION  NO: |
| VERSUS | JUDGE; |
| FAB CON, INC. | MAG. JUDGE: |
| | RULE 9(h) |

## COMPLAINT FOR DAMAGES

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:

The Complaint of Ellisa D. Malcolm, a person of majority age residing in St. Tammany Parish, Louisiana (hereinafter "plaintiff") Individually and as Personal Representative of Decedent Steven Bradley Malcolm, a person of majority age who resided at all material times in St. Tammany Parish, Louisiana (hereinafter "decedent"), and on behalf of their minor children KEM and GBM, with respect represents:

1.

Made defendant herein is Fab Con, Inc. (hereinafter "Fab Con"), a domestic corporation authorized to do and doing business in this state and judicial at all material times.

1

## FOR A FIRST CAUSE OF ACTION

2.

At all material times, defendant Fab Con operated or was otherwise the permissive user of the M/V BIG DADDY, a 28' aluminum hull work boat bearing hull I.D. No. YSF00219F010.

3.

On or about June 10, 2013, decedent was operating a 22' Skeeter recreational fishing vessel in a small water body near Flatboat Pass in Louisiana territorial waters in Plaquemine Parish, Louisiana known as 27 Arpent when it collided with the M/V BIG DADDY in proximity to global positioning satellite coordinates N 29° 13.004", W 89° 09.722".

4.

Based on information and belief, the M/V BIG DADDY was operated at all material times by Tyler Scott of Belle Chasse, Louisiana and/or Lyrissa Demolle of Venice, Louisiana in the course and scope of their employment with Fab Con in a reckless manner and without the requisite licensing and training to operate the vessel in the location of the collision.

5.

Decedent survived the collision but died after being airlifted from the scene by the U. S. Coast Guard to University Hospital in New Orleans.

6.

The above-described collision and resulting death of Steven Bradley Malcolm was caused in whole by the fault and negligence of defendant Fab Con in its operation of the M/V BIG DADDY and the lack of training and consequent incompetence of her crew.

7.

The aforesaid collision caused severe and painful preterminal pain and suffering to decedent for which he, through personal representative Ellisa D. Malcolm, is entitled to damages in an amount to be determined by this Honorable Court.

8.

Jurisdiction of this first cause of action against the aforesaid defendant is based upon the general maritime law of the United States.

## AND FOR A SECOND CAUSE OF ACTION

9.

Plaintiff reavers and realleges each and every allegation of fact and law previously pled herein as if repled in their entirety.

10.

At all times material hereto, plaintiff was the lawful spouse of decedent Steven Bradley Malcolm.

11.

As a result of the casualty described herein, Ellisa D. Malcolm has suffered anxiety, depression, extreme emotional distress and a loss of consortium and society pursuant to the substantive general maritime law of the United States as supplemented by Louisiana law, for which losses she is entitled to damages in an amount to be determined by this Honorable Court.

12.

Jurisdiction of this second cause of action is based upon the general maritime law of the United States.

## AND FOR A THIRD CAUSE OF ACTION

13.

Plaintiff reavers and realleges each and every allegation of fact and law previously pled herein as if repled in their entirety.

14.

At all material times, including June 10, 2013, minor children KEM, age 3 and GBM, age 9 months, were and are the biological children of Ellisa D. Malcolm and Steven Bradley Malcolm.

15.

As a result of the casualty described herein, KEM and GBM have suffered mental anguish and loss of nurture, guidance, support and inheritance, for which loss each child is entitled to damages in amount to be determined by this court pursuant to the substantive general maritime law of the United States as supplemented by Louisiana law.

16.

Jurisdiction of this third cause of action against the aforesaid defendants is based upon the general maritime law of the United States.

## AND FOR A FORTH CAUSE OF ACTION

17.

Plaintiff reavers and realleges each and every allegation of fact and law previously pled herein as if repled in their entirety.

18.

The reckless operation of the M/V BIG DADDY by Scott Tyler and/or Lyrissa Demolle acting within the course and scope of their employment with Fab Con caused the collision and the resulting death of Steven Bradley Malcolm and entitles plaintiff to punitive damages in an amount to be determined by this Honorable Court.

19.

Jurisdiction of this third cause of action against the aforesaid defendants is based upon the general maritime law of the United States.

**WHEREFORE** plaintiff Ellisa D. Malcolm, Individually and as Personal Representative of Decedent Steven Bradley Malcolm, and on behalf of their minor children KEM and GBM, prays that defendant Fab Con, Inc. be duly cited and served with a copy of the complaint and after due proceedings had there be judgment rendered herein in favor of plaintiff and against defendant, Fab Con, Inc. in an amount sufficient to adequately compensate plaintiff and those she represents as personal representative for damages, and for punitive damages, together with legal interest thereon from the date of judicial demand until paid, for all costs of this suit and for all additional general and equitable relief to which plaintiff may be entitled herein.

Respectfully submitted,

*Paul M. Sterbcow*
PAUL M. STERBCOW, T.A. (#17817)
IAN F. TAYLOR (#33408)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500     Phone
(504) 588-1514     Fax
Sterbcow@lksalaw.com
itaylor@lksalaw.com
jibert@lksalaw.com

**PLEASE SERVE:**

**FAB CON, INC.**
Through its registered agent:
Karen Giles
40326 Loosemore Road
Gonzales, LA 70737