```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: <u>December 5, 2014</u>

<u>United States Fire Insurance Company, et al</u>

vs.

<u>Fab-Con, Inc. et al</u>

Case No. <u>13-5101</u>  Section <u>"J"(4)</u>
<u>C/W 14-2622, Pertains To 14-2622</u>

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) <u>Fab-Con, Inc., through its registered agent, Bobby J. Giles</u>
   (address) <u>1532 South Burnside Avenue, Unit 2, Gonzales, LA 70737</u>
2. (name) <u>A&R Marine, LLC., through its registered agent, Juanita Giles</u>
   (address) <u>513 Dr. Gorman Drive, Belle Chasse, LA 70037</u>
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for   <u>Lloyd's Syndicate 1861 and Navigators</u>
               <u>Insurance Company</u>
Address   <u>400 Poydras Street, Suite 1200, New Orleans,</u>
          <u>LA 70130</u>