UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLISA D. MALCOLM, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF DECEDENT STEVEN BRADLEY MALCOLM AND ON BEHALF OF THEIR MINOR CHILDREN KEM AND GBM<br><br>VERSUS<br><br>FAB CON, INC.<br><br>*This Document Relates to:*<br>*ALL CASES* | CIVIL ACTION<br><br>NUMBER:   2:13-cv-05101<br>       c/w   2:13-cv-05221,<br>              2:13-cv-06053,<br>              2:14-cv-00652, and<br>              2:14-cv-02622<br><br>SECTION: "J" (Judge Barbier)<br><br>DIVISION: "4" (Magistrate Judge Roby) |

## JOINT MOTION FOR PARTIAL DISMISSAL (COMPENSATORY DAMAGES ONLY) WITH PREJUDICE

**NOW INTO COURT**, through their respective undersigned counsel, come United States Fire Insurance Company, Lloyds Syndicate 1861, Navigators Insurance Company, Ellisa D. Malcolm, individually and as Personal Representative of Decedent Steven Bradley Malcolm and on behalf of their minor children KEM and GBM, Dennis W. Prince, and Corey D. Prince, and on suggesting to this Honorable Court that all claims for compensatory damages filed by Ellisa D. Malcolm, in all capacities, and by Dennis W. Prince and Corey D. Prince have been amicably settled and fully compromised, with Ellisa D. Malcolm, in all capacities, Dennis W. Prince, and Corey D. Prince reserving all their rights, claims and actions for punitive or exemplary damages only against Fab-Con, Inc. and/or A&R Marine, LLC.  Accordingly, the parties respectfully move this Honorable Court for an order of partial dismissal with prejudice of any claims for compensatory damages filed by Ellisa D. Malcolm, in all capacities, and by Dennis W. Prince and Corey D. Prince, specifically reserving to Ellisa D. Malcolm, in all capacities, Dennis W.

Prince, and Corey D. Prince all of their rights, claims and actions for punitive or exemplary damages against Fab-Con, Inc. and/or A&R Marine, LLC.

Counsel for Fab-Con, Inc. and A&R Marine, LLC have advised undersigned counsel that they object to this motion. Accordingly, it is being brought as a contested motion and the parties will submit a memorandum in support of this motion and will set it for hearing.

        Respectfully submitted,

**DUNCAN & SEVIN, LLC**

BY:    */s/Harry E. Morse*
        **HARRY E. MORSE**
        **BAR NO. 31515**
        400 Poydras Street, Suite 1200
        New Orleans, Louisiana 70130
        Telephone: (504) 524-5566
        Facsimile: (504) 524-9003
        E-mail: hmorse@duncansevin.com

Attorneys for United States Fire Insurance Company, Lloyds Syndicate 1861, and Navigators Insurance Company

**LEWIS, KULLMAN, STERBCOW & ABRAMSON**

BY:    */s/ Paul M. Sterbcow*
        **PAUL M. STERBCOW**
        **BAR NO. 17817**
        **JESSICA L. IBERT**
        **BAR NO. 33196**
        **IAN F. TAYLOR**
        **BAR NO. 33408**
        601 Poydras Street, Suite 2615
        New Orleans, Louisiana 70130
        Telephone: (504) 588-1500
        Facsimile: (504) 588-1514
        E-mail: sterbcow@lksalaw.com
        E-mail: jibert@lksalaw.com
        E-mail: itaylor@lksalaw.com

        Attorneys for Ellisa D. Malcolm, individually and as Personal Representative of Decedent Steven Bradley Malcolm and on behalf of their minor children KEM and GBM

And

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:    */s/ Irving J. Warshauer*
       **IRVING J. WARSHAUER**
       **BAR NO. 13252**
       **RACHEL A. STERNLIEB**
       **BAR NO. 35338**
       2800 Energy Centre
       1100 Poydras Street
       New Orleans, Louisiana 70163-2800
       Telephone: (504) 522-2304
       Facsimile: (504) 528-9973
       E-mail: iwarshauer@gainsben.com
       E-mail: rsternlieb@gainsben.com

       Attorneys for Dennis W. Prince and Corey D. Prince

And

**BROWN, SIMS, P.C.**

       By: */s/ R. Jeffrey Bridger*
       **R. JEFFREY BRIDGER**
       **BAR NO. 01263**
       650 Poydras Street, Suite 2200
       New Orleans, Louisiana 70130
       (504) 569-1007 Telephone
       (504) 569-9255 Facsimile
       Attorneys for United States Fire Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>  */s/ Harry E. Morse*
>  **HARRY E. MORSE**