# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLISA D. MALCOLM, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF DECEDENT STEVEN BRADLEY MALCOLM AND ON BEHALF OF THEIR MINOR CHILDREN KEM AND GBM<br><br>VERSUS<br><br>FAB CON, INC.<br><br>*This Document Relates to:*<br>*ALL CASES* | CIVIL ACTION<br><br>NUMBER:  2:13-cv-05101<br>   c/w  2:13-cv-05221,<br>        2:13-cv-06053,<br>        2:14-cv-00652, and<br>        2:14-cv-02622<br><br>SECTION: "J" (Judge Barbier)<br><br>DIVISION: "4" (Magistrate Judge Roby) |

## MEMORANDUM IN SUPPORT OF JOINT MOTION FOR PARTIAL DISMISSAL (COMPENSATORY DAMAGES ONLY) WITH PREJUDICE

**MAY IT PLEASE THE COURT:**

On November 6, 2014, the parties to this litigation participated in a mediation. United States Fire Insurance Company, Lloyds Syndicate 1861, and Navigators Insurance Company, the underwriters for Fab-Con, Inc. and A&R Marine, LLC, subsequently settled the compensatory damages claims only brought by Ellisa D. Malcolm, individually and as Personal Representative of Decedent Steven Bradley Malcolm and on behalf of their minor children KEM and GBM, Dennis W. Prince, and Corey D. Prince, with Ellisa D. Malcolm, in all capacities, Dennis W. Prince, and Corey D. Prince reserving all their rights, claims and actions for punitive or exemplary damages only against Fab-Con, Inc. and/or A&R Marine, LLC. On December 10, 2015, counsel for Elissa D. Malcolm filed a motion under seal asking this court to approve the settlement with the minor children, KEM and GBM. Rec. Doc. 66. This Court granted that motion. Rec. Doc. 77. Thereafter, all of the settlements were funded.

Accordingly, United States Fire Insurance Company, Lloyds Syndicate 1861, Navigators Insurance Company, and Ellisa D. Malcolm, in all capacities, Dennis W. Prince, and Corey D. Prince have respectfully moved this Court to dismiss with prejudice the compensatory damages claims only filed by Ellisa D. Malcolm, in all capacities, and by Dennis W. Prince and Corey D. Prince, specifically reserving to Ellisa D. Malcolm, in all capacities, Dennis W. Prince, and Corey D. Prince all of their rights, claims and actions for punitive or exemplary damages only against Fab-Con, Inc. and A&R Marine, LLC. As counsel for Fab-Con, Inc. and A&R Marine, LLC have expressed their objection to this settlement, it is being brought as a contested motion.

    Respectfully submitted,

    **DUNCAN & SEVIN, LLC**

BY:    */s/Harry E. Morse*
       **HARRY E. MORSE**
       **BAR NO. 31515**
       400 Poydras Street, Suite 1200
       New Orleans, Louisiana 70130
       Telephone: (504) 524-5566
       Facsimile: (504) 524-9003
       E-mail: hmorse@duncansevin.com

       Attorneys for United States Fire Insurance
       Company, Lloyds Syndicate 1861, and
       Navigators Insurance Company

    **LEWIS, KULLMAN, STERBCOW &
    ABRAMSON**

BY:    */s/ Paul M. Sterbcow*
       **PAUL M. STERBCOW**
       **BAR NO. 17817**
       **JESSICA L. IBERT**
       **BAR NO. 33196**
       **IAN F. TAYLOR**
       **BAR NO. 33408**
       601 Poydras Street, Suite 2615
       New Orleans, Louisiana 70130

Telephone: (504) 588-1500
Facsimile: (504) 588-1514
E-mail: sterbcow@lksalaw.com
E-mail: jibert@lksalaw.com
E-mail: itaylor@lksalaw.com

Attorneys for Ellisa D. Malcolm, individually and as Personal Representative of Decedent Steven Bradley Malcolm and on behalf of their minor children KEM and GBM

And

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY: */s/ Irving J. Warshauer*
**IRVING J. WARSHAUER**
**BAR NO. 13252**
**RACHEL A. STERNLIEB**
**BAR NO. 35338**
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
E-mail: iwarshauer@gainsben.com
E-mail: rsternlieb@gainsben.com

Attorneys for Dennis W. Prince and Corey D. Prince

And

**BROWN, SIMS, P.C.**

By: */s/ R. Jeffrey Bridger*
**R. JEFFREY BRIDGER**
**BAR NO. 01263**
650 Poydras Street, Suite 2200
New Orleans, Louisiana 70130
(504) 569-1007 Telephone
(504) 569-9255 Facsimile
Attorneys for United States Fire Insurance Company

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>*/s/ Harry E. Morse*
>**HARRY E. MORSE**